1 NED LYNCH--CA ST. BAR NO. 149680
Attorney At Law
2 110 West C Street, Suite 1407
San Diego, CA 92101
3 Telephone: 619-525-0081

4 Attorney for the Material Witness(es)

5 **United States District Court**
**Southern District of California**
6 (Hon. Peter C. Lewis)

7 UNITED STATES OF AMERICA,          )     Criminal Case No. 08CR1278DMS(PCL)
                                    )
8        Plaintiff,                 )     **Certificate of Service by ECF**
                                    )
9        v.                         )
                                    )
10 WILLIAM NAVARRO, and             )
   ENRIQUE GOMEZ,                   )
11                                  )
         Defendants.                )
12 _____  )

13

14 I, Ned Lynch, declare that at the time of the service of the document(s) noted below, I was at least 18 years of age and not a party to the lawsuit noted above. My business address is 110 West C Street, Suite 1407, San Diego, CA 92101. On May 9, 2008 I served the document(s) noted below by ECF to the person(s) at the e-mail addressed listed by the ECF
15 system for the Southern District of California.

16 **Document(s) Served**

17   1.   Reply Points and Authorities Supporting The Videotaped Deposition of Material Witness and Thereafter Release Him From Custody
18
   **Served On**
19
   Office of the U.S. Attorney     Attorney Roseline Dergregorian    Federal Defenders of San Diego
20 (served via ECF)                 (served via ECF)                  (served via ECF)

21
   I declare under penalty of perjury under the laws of the United States that the above is true and accurate.
22

23 Dated: May 9, 2008                                    s/Ned Lynch
                                                        Ned Lynch
24

25

26

27

28

1