|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | KAREN P. HEWITT                                                 |
|    | United States Attorney                                          |
| 2  | CARLOS ARGUELLO                                                 |
|    | Assistant U.S. Attorney                                         |
| 3  | California State Bar No. 157162                                 |
|    | United States Attorney's Office                                 |
| 4  | 880 Front Street, Room 6293                                     |
|    | San Diego, California 92101-8893                                |
| 5  | Telephone: (619) 557-5262                                       |
|    | Facsimile: (619) 235-2757                                       |
| 6  | Email: carlos.arguello2@usdoj.gov                               |
| 7  | Attorneys for Plaintiff                                         |
|    | United States of America                                        |
| 8  |                                                                 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1278-JM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| WILLIAM NAVARRO, et al., | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

Carlos Arguello

| | |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should |
| 2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic |
| 3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this |
| 4 | association): |

<u>Name</u> (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

DATED: May 14, 2008.

                                                  Respectfully submitted,

                                                  KAREN P. HEWITT
                                                  United States Attorney

                                                  s/Carlos Arguello
                                                  _____
                                                  CARLOS ARGUELLO
                                                  Assistant United States Attorney
                                                  Attorneys for Plaintiff
                                                  United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1278-DMS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
|  | ) | CERTIFICATE OF SERVICE |
| WILLIAM NAVARRO, et al., | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, CARLOS ARGUELLO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of a NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Robert R. Henssler, Jr.
2. Ned Lynch

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2008.

s/ Carlos Arguello
CARLOS ARGUELLO