```
 1  JONATHAN DAVID FRANK, ESQ.                           FILED
    160 Thorn Street, Ste. 2
 2  San Diego, CA 92103                              08 MAY 29 PM 4:00
    (619) 291-4475
 3  State Bar No. 89384                              U.S. DISTRICT COURT
                                                     ...ST OF CALIFORNIA
 4
                                                              DEPUTY
 5  Attorney for Material Witness(es)
```

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim.Case No.08CR1278DMS |
|                           ) | Magistrate No. 08MJ8321 |
|           Plaintiff,      ) | |
|                           ) | |
|      v.                   ) | ORDER RELEASING |
|                           ) | <u>MATERIAL WITNESS(ES)</u> |
| WILLIAM NAVARRO, et. al., ) | |
|                           ) | JORGE ARELLANO-CASILLAS |
|           Defendant.      ) | |

   The parties having reached a resolution of the above-entitled matter, hereby stipulate to the herein order:

   IT IS HEREBY ORDERED that the following named person(s) heretofore committed to the custody of the United States Marshal as a material witness(es) be released from custody:

           JORGE ARELLANO-CASILLAS

Dated: 5-29-08

_____
UNITED STATES MAGISTRATE/DISTRICT JUDGE

Approved:

_____
Attorney for Defendant GOMEZ

_____
Assistant U.S.Attorney

_____
Attorney for Defendant Navarro

_____
Attorney for Material Witness