# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff )<br>  )<br>  vs. )<br> William Navarro )<br>  06=08 )<br>  06208298 )<br>  Defendant(s) )<br>  ) | CRIMINAL NO. 08CR1278-DMS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/~~Magistrate~~ Judge, **DANA M. SABRAW**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

Jorge Arellano-Casillas

DATED: 5/29/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
    by  J. Klosterman
        J. KLOSTERMAN
        Deputy Clerk