
FILED — JUN - 9 2008 — CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA — BY dK DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1278DMS |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | (Superseding) |
| v. | ) | |
| | ) | Title 18, U.S.C., Sec. 1001 - |
| | ) | False Statement to a Federal |
| | ) | Officer |
| WILLIAM NAVARRO (1), | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 11, 2008, within the Southern District of California, defendant WILLIAM NAVARRO, in a matter within the jurisdiction of the United States Border Patrol, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts, and defendant then and there well knew that such statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: JUNE 9, 2008.

KAREN P. HEWITT
United States Attorney

CARLOS ARGUELLO
Assistant U.S. Attorney