AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**SOUTHERN** DISTRICT OF **CALIFORNIA**

FILED
JUN - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA
V.
William Navarro

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR1278-DMS

I, William Navarro, the above named defendant, who is accused of

18 U.S.C. 1001

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/9/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

William Navarro
*Defendant*

*Counsel for Defendant*

Before _____
*Judicial Officer*